UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20399 CR-SEITZ/McALILEY

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853
21 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

**RALPH CURRY,**

**Defendant.**
_____/

FILED by _____ D.C.
MAG. SEC.

MAY 10 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 27, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RALPH CURRY,**

did knowingly and intentionally possess with intent to distribute a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack."

### COUNT 2

On or about April 27, 2005, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**RALPH CURRY,**

did knowingly and intentionally possess with intent to distribute a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine.

### COUNT 3

On or about April 27, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RALPH CURRY,**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 1 and 2 of this Indictment; in violation of Title 18, United States Code, Section 924(c).

### COUNT 4

On or about April 27, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RALPH CURRY,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

   c) four rounds of .40 caliber ammunition.

4. If the property described above, as being subject to forfeiture, as a result of any act or omission of the defendant,

  (A) cannot be located upon the exercise of due diligence;

  (B) has been transferred or sold to, or deposited with a third party;

  (C) has been placed beyond the jurisdiction of the Court;

  (D) has been substantially diminished in value; or

  (E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendants to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JAMES M. KOUKIOS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RALPH CURRY,

           Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

  _X_ Miami    ___ Key West
  ___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. 05-2563-TK
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of April 27, 2005
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

_____
JAMES M. KOUKIOS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500915

*Penalty Sheet(s) attached        REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Ralph Curry         **Case No:** _____

Count #: 1

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:  20 years' imprisonment

Count #: 2

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:   20 years' imprisonment

Count #: 3

  Using or carrying a firearm during and in relation to a drug trafficking crime.

  Title 18, United States Code, Section 924(c)

*__Max. Penalty:__ Life imprisonment

Count #: 4

  Felon in possession of a firearm.

  Title 18, United States Code, Section 922(g)(1)

*__Max. Penalty:__ 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No.

# UNITED STATES DISTRICT COURT

......SOUTHERN........... District of FLORIDA............

THE UNITED STATES OF AMERICA

vs.

RALPH CURRY,

Defendant

## INDICTMENT

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

A true bill.

*Foreman*

FGJ 05-103 (Miami)

Filed in open court this _____ day, _____

Of _____ A.D. 2005

*Clerk*

Bail, $ _____