UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20399-CR-SEITZ

UNITED STATES OF AMERICA,

v.

RALPH CURRY,

    Defendant.
_____/

### ORDER DENYING DEFENDANT RALPH CURRY'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE WITHOUT PREJUDICE

THIS MATTER is before the Court on Mr. Curry's *pro se* Request for Early Termination of Supervised Release [DE-121]. The Court has considered the Motion, the record in the case, particularly the Court's January 20, 2021 Order denying his last motion for early termination of supervised release [DE-120]. Mr. Curry is presently on non-reporting supervised release status and his term of supervised release expires on December 21, 2022. Because Defendant's motion not only does not address the employment and financial resiliency issues the Court noted in the last order, it provides no factual information, the Court must deny the motion at this time.

The Court needs such information because as the last order noted, such is essential to permit the required §3553(a) factors analysis pursuant to 18 U.S.C. §3583(e)(1). Should Mr. Curry provide such information, the Court will reconsider his motion. The Court urges Mr. Curry to meet with his US Probation Officer to address the information the Court needs. Therefore, it is

ORDERED Defendant Ralph Curry's pro se Request for Early Termination of Supervised Release [DE-121] is DENIED without prejudice should he resubmit such motion with the requisite information.

DONE AND ORDERED in Miami, Florida, this 9th day of December 2021.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

Cc: USPO Tanya Okun